INNOVATION INGENUITIES, Inc., Appellant, v. NEW YORK TIMES CO., Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Innovation Ingenuities, Incorporated, against the New York Times Company. A. K. Stricker, of New York City, for appellant. No opinion. Judgment affirmed, with costs. Order filed. See, also, 158 App. Div. 929, 143 N. Y. Supp. 1123.

JACKSON et al., Respondents, v. NEW YORK CONTRACTING CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Samuel Jackson and others against the New York Contracting Company and others. J. A. Deering, of New York City, for appellants. I. Skutch, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

JACOBS v. MONATON REALTY INVESTING CORPORATION. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Arthur E. Jacobs against the Monaton Realty Investing Corporation. No opinion. Motion granted; questions certified; order filed. See, also, 145 N. Y. Supp. 611.

JANISZEWSKI, Appellant, v. FITZPATRICK, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Felixa Janiszewski, as administratrix, etc., against William H. Fitzpatrick.

PER CURIAM. Order affirmed, with costs. See, also, 157 App. Div. 199, 141 N. Y. Supp. 840.

THOMAS, J., dissents.

JOHN L. SCHWARTZ BREWING CO., Respondent, v. MURPHY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the John L. Schwartz Brewing Company against Edward J. Murphy and another. No opinion. Motion granted and appeal dismissed, with costs.

In re JOHNSON. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Appeal from Surrogate's Court, New York County. Judicial settlement of the accounts of Le Roy W. Johnson, as administrator, etc. Appeal from a decree of the Surrogate's Court settling the account. Modified and affirmed. Hamilton R. Squier, of New York City, for appellant. Henry B. Johnson, of New York City, for respondent.

PER CURIAM. The decree appealed from should be modified, by reducing the allowance for counsel fee by the sum of $200, and, as modified, affirmed, without costs to either party.

JOHNSON, Appellant, v. JOHNSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Charles F. Johnson against John A. Johnson and another. No opinion. Judgment affirmed, without costs.

JOHNSTON, Respondent, v. STRASSBURGER, Appellant. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Albert M. Johnston against Sarah Strassburger. L. M. Prince, of New York City, for appellant. H. Edwards, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re JONES (two cases). (Supreme Court, Appellate Division, First Department. February 27, 1914.) In the matter of Holmes Jones. No opinion. Motions denied. Settle order on notice. See, also, 159 App. Div. 782, 145 N. Y. Supp. 65.

JONES, Respondent, v. COMMERCIAL TRAVELERS' MUT. ACCIDENT ASS'N OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Myrtle C. Jones, as executrix, etc., against the Commercial Travelers' Mutual Accident Association of America. No opinion. Judgment and order affirmed, with costs.

JONES, Respondent, v. WESTCHESTER ST. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Samuel Jones against the Westchester Street Railroad Company.

PER CURIAM. Judgment and order of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event, on the ground that the verdict is against the weight of the evidence.

RICH, J., votes to affirm.

JONES, Appellant, v. WOODIN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Frederick A. Jones against William H. Woodin and others. C. L. Craig, of New York City, for appellant. W. Rand, Jr., of New York City, for respondents. No opinion. Orders affirmed, with costs. Order filed. See, also, 150 App. Div. 900, 134 N. Y. Supp. 1136.

KAELBLE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Karl Kaelble against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict was against the weight of evidence.